
RECEIVED
OCT 27 2005

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. A. NO. 03-30039-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TERRANCE DEWAYNE HARRIS | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Vacate, Set Aside or Reduce Sentence [Doc. No. 14] is DENIED, and his case is hereby DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA this 27 day of October, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE